FILED

2003 OCT 30  A 10: 33

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| SHAKUNTALA SCHNIRRING, | CIVIL ACTION |
| Plaintiff | NO. 3:01CV02137 (SRU) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendant | OCTOBER 28, 2003 |

_____X

### JOINT MOTION TO POSTPONE PRETRIAL CONFERENCE
### AND TO EXTEND TIME TO COMPLETE JTM

The parties move to extend the deadline to submit the Joint Trial Memorandum (JTM) from October 31, 2003 to January 16, 2004 and move to continue the pretrial conference from November 5, 2003 to a date after January 16, 2004.

1. This is their first motion to extend the deadline to complete the JTM and continue the pretrial conference.

2. The Court referred this case to Judge Garfinkel for a settlement conference on September 30, 2003 pursuant to the parties' joint request. Judge Garfinkel ordered a settlement conference to take place on December 1, 2003 at 10:00 a.m. The parties would like to make serious efforts to settle the instant case before investing substantial

resources in completing the JTM. Currently, the pretrial conference is scheduled for November 5, 2003.

3. Undersigned counsel spoke with Metro-North's attorney, Robert Hickey, and he consents and joins in the instant motion.

WHEREFORE, the parties request an extension of time to complete the JTM from October 31, 2003 up to and including January 16, 2003 and request a postponement of the pretrial conference from November 5, 2003 to a date after the JTM is due.

Respectfully submitted,

FOR THE PLAINTIFF,

By _____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 29 day of October, 2003, to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

*Scott E. Perry*

3