01CV2137next Tune
61CV2137end

# FILED

2003 OCT 30  A 10: 33

UNITED STATES DISTRICT COURT US DISTRICT COURT
BRIDGEPORT CT

DISTRICT OF CONNECTICUT

—————————————————X

SHAKUNTALA SCHNIRRING,                        CIVIL ACTION

    Plaintiff                                              NO. 3:01CV02137 (SRU)

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant                                         OCTOBER 28, 2003

—————————————————X

## JOINT MOTION TO POSTPONE PRETRIAL CONFERENCE
## AND TO EXTEND TIME TO COMPLETE JTM

    The parties move to extend the deadline to submit the Joint Trial Memorandum (JTM) from October 31, 2003 to January 16, 2004 and move to continue the pretrial conference from November 5, 2003 to a date after January 16, 2004.

    This is their first motion to extend the deadline to complete the JTM and continue the pretrial conference.

    The Court referred this case to Judge Garfinkel for a settlement conference on September 30, 2003 pursuant to the parties' joint request. Judge Garfinkel ordered a settlement conference to take place on December 1, 2003 at 10:00 a.m. The parties would like to make serious efforts to settle the instant case before investing substantial

GRANTED. The parties have until January 16, 2004 to submit their joint pretrial memorandum. Trial calendar call is scheduled for January 20, 2004 at 10:00 a.m. So ordered.

Stefan R. Underhill
United States District Judge
11/10/03