FILED

2003 DEC 10  P 12: 00

US
DIS

**UNITED STATES DISTRICT COURT**

**District of Connecticut**

_____X

SHAKUNTALA SCHNIRRING,

          Plaintiff,                         CIVIL ACTION NO:

v.                                    3:01 CV 02137 (SRU)

METRO-NORTH RAILROAD COMPANY,         DECEMBER 9, 2003

          Defendant.

_____X

## MOTION FOR CONTINUANCE OF TRIAL CALENDAR CALL AND EXTENSION OF TIME TO FILE JOINT TRIAL MANAGEMENT ORDER

      The defendant, Metro-North Railroad Company, with the consent of the plaintiff, hereby

moves the Court for a 60 day continuance of the assignment of this case for a trial calendar call

and for an extension of 60 days within which to file a joint trial management report. In support

of this motion, the defendant represents the following:

1.      This case was scheduled for a settlement conference with the Honorable William I.

        Garfinkel on December 1, 2003. Unfortunately, counsel for the plaintiff, Scott Perry,

could not appear at the conference due to the death of a family friend.  The parties

mutually requested that the conference be adjourned to a later date and Judge Garfinkel

graciously agreed to adjourn the conference.

2.      The parties have rescheduled the settlement conference with Judge Garfinkel for January

30, 2004.

3.      The parties wish to explore settlement with the assistance of Judge Garfinkel before

incurring the cost of drafting the JTM and preparing for trial.  To date, the parties have

not had the opportunity to have any settlement discussions with the court.

4.      Presently, the JTM is due on January 16, 2004.  The trial calendar call is scheduled for

January 20, 2004.  Therefore, if the Court is to grant the instant motion, the JTM would

be due on or before March 16, 2004.  The case would then be ready for trial.

5.      Counsel for the plaintiff, Scott Perry, consents and joins in this motion.

THE DEFENDANT,


_____
Robert O. Hickey, Esq. (ct19555)
Ryan, Ryan, Johnson & Deluca
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905
(203) 357-9200
Juris No. 52525


## CERTIFICATE OF SERVICE

I certify that I delivered a true and correct copy of the foregoing via United States mail, first class postage prepaid, to the following counsel and pro se parties of record:

Scott E. Perry, Esq.
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT  06511

on this 9th day of December 2003.


_____
Robert O. Hickey, Esq. (ct19555)


205.116 - 1\LITIGATE\METRO\SCHNIRRI\PLEADING\exttime.002.wpd