01CV2137MEXTTIME

FILED

2003 DEC 10 P 12: 00

US ...

# UNITED STATES DISTRICT COURT

## District of Connecticut

——————————————X

SHAKUNTALA SCHNIRRING,

    Plaintiff,

v.

METRO-NORTH RAILROAD COMPANY,

    Defendant.

——————————————X

CIVIL ACTION NO.

3:01 CV 02137 (SRU)

DECEMBER 9, 2003

## MOTION FOR CONTINUANCE OF TRIAL CALENDAR CALL AND EXTENSION OF TIME TO FILE JOINT TRIAL MANAGEMENT ORDER

The defendant, Metro-North Railroad Company, with the consent of the plaintiff, hereby moves the Court for a 60 day continuance of the assignment of this case for a trial calendar call and for an extension of 60 days within which to file a joint trial management report. In support of this motion, the defendant represents the following:

1.    This case was scheduled for a settlement conference with the Honorable William I. Garfinkel on December 1, 2003. Unfortunately, counsel for the plaintiff, Scott Perry,

---

GRANTED. The parties have until March 17, 2004 to submit their joint pretrial memorandum. Trial calendar call is scheduled for March 24, 2004 at 10:00 a.m. So ordered.

Stefan R. Underhill
United States District Judge
12/23/03