UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*Amended (from 12/1/03) Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 30, 2004

10:00 a.m.

*Held 2 hours*

CASE NO. **3:01cv2137 (SRU)**   Schnirring v Metro-North Railroad

George J. Cahill Jr.
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511

Charles A. Deluca
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905

Robert O. Hickey
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905

Scott E. Perry
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511

*THE SETTLEMENT ORDER PREVIOUSLY ISSUED BY JUDGE GARFINKEL

REMAINS IN EFFECT.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK