# EXHIBIT "D"

## RYAN, RYAN, JOHNSON & DELUCA, LLP

J. PAUL JOHNSON*
CHARLES A. DELUCA†
DANIEL E. RYAN III*†
MICHAEL T. RYAN†
KEVIN M. TEPAS
ROBERT C.E. LANEY
CATHERINE S. NIETZEL†
BEVERLY J. HUNT
ROBERT O. HICKEY
DANIELLE DiBERARDINI-ALBRECHT
CYNTHIA A. DiPRETA*
ANTHONY D. SUTTON
JOSEPH C. VALDES
JANE C. HAGERTY
JAMES J. NOONAN*
JOHN J. PEZZILLO*
ERIC W.F. NIEDERER
R. KELLEY FRANCO*
JEFFREY N. GAULL
JEFFREY C. NAGLE*
SUSAN B. PARZYMIESO
JAMES A. MAHAR*

ATTORNEYS AT LAW
80 FOURTH STREET
P.O. BOX 3057
STAMFORD, CONNECTICUT 06905
TELEPHONE: (203) 357-9200
FAX: (203) 961-9872
E-MAIL: INFO@RRJD-LAW.COM
INTERNET: HTTP://WWW.RRJD-LAW.COM

OF COUNSEL
DANIEL E. RYAN, JR.
W. PATRICK RYAN*
CHARLES M. McCAGHEY*

*ALSO ADMITTED IN NEW YORK

†CERTIFIED CIVIL TRIAL
ADVOCATE-NATIONAL
BOARD OF TRIAL ADVOCACY

December 18, 2003

Mr. Kevin Duffy
Zurich North America
P.O. Box 307010
Jamaica, NY 11430-7010

Re: <u>Schnirring, Shakuntala v. Metro-North RR Co.</u>
**Date of Loss:** 11/21/98
**Your Claim No:** P98NE 0771
**Claimant:** Shakuntala Schnirring

Dear Mr. Duffy:

I have been asked by Metro-North to respond to you concerning the coverage issues in connection with the above matter. As you know, Shakuntala Schnirring (Schnirring) alleges that she was injured on November 21, 1998, when pushing a Cushman which had become stuck in a construction area in the New Haven yard. It is our understanding that this is a construction site which is covered by a force account insurance policy. I have been advised by Metro-North that the area of the incident is covered under Amtrak Force Account Work Order No. 3017.

Your letter of July 10, 2003 confirms that Steadfast Insurance Company issued a railroad force account insurance policy No. SCC 3648182-00 to National Railroad Passenger Corporation (Amtrak) which was effective on the date of the Schnirring accident with limits of $10 Million per accident and with a $20 Million policy aggregate. Metro-North is a named insured under this policy of insurance pursuant to an endorsement on the policy. Ms. Schnirring's alleged bodily injuries arose during the applicable policy period and also arose out of or resulted from force account work conducted by one of your insureds and/or covered by the policy. I point out that the policy referenced in your letter was the same policy referenced in the case <u>DelVecchio v. Metro-North</u>, Your File No. 941-0052365, which incident also occurred in the New Haven yard.

**RYAN, RYAN, JOHNSON & DELUCA, LLP**

December 18, 2003
Page 2

Once it was realized, after Schnirring's deposition, that the incident took place within the construction area, Steadfast was immediately notified of the incident as well as the lawsuit. It is my understanding that Schnirring was deposed in February 2003 and that you were advised of the loss and the coverage issues by Mary Walsh in her letter dated March 11, 2003.

The case is now scheduled for settlement conference on January 30, 2004 before Magistrate Judge William Garfinkel in the U. S. District Court for the District of Connecticut. You are invited to attend that conference.

The matter was originally scheduled for a jury calendar call on January 20, 2004, but we expect a motion to extend calendar call for 60 days will be granted in light of the upcoming settlement conference before Magistrate Garfinkel.

I have reviewed your letter to Ms. Walsh of March 10, 2003. We would appreciate your immediately forwarding us a copy of the force account insurance policy referenced in your letter together with all endorsements. Also, please forward us a copy of the force account contract.

With respect to your reservation of rights concerning late notice, I direct your attention to the case of Aetna Casualty & Surety Co. v. Murphy, 206 Conn. 409 (1988) (copy enclosed). The Murphy case states that the insured's failure to give timely notice does not discharge the insurer's continuing duty to provide insurance coverage unless it can be shown that the insurer suffered material prejudice from the delay. Id. at 418. In this case it is difficult to see how Steadfast can claim to have been prejudiced. Steadfast has had notice of the claim since at least March of 2003. A great deal of discovery has been done and is available to you at your request. We have also recently had the case reviewed by Dr. James Donaldson, a neurologist in Hartford, who has issued the enclosed report. All the discovery and investigation which has been performed by Metro-North and our office is also available to you at your request. It is our expectation that this case will not be reached for trial for at least another 90 days.

We have a number of photographs of the site where the accident occurred. If you wish, I will have them laser copied and forwarded to you. I look forward to hearing from you concerning this matter.

Very truly yours,

Charles A. Deluca
cdeluca@rrjd-law.com

CAD:tl
Enclosures
I:\Procases\205.116\duffy121203.wpd