24

FILED

2004 FEB 10 A 11:40

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAKUNTALA SCHNIRRING | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 3:01 CV 02137 (SRU) |
| METRO-NORTH RAILROAD COMPANY | : | |
| Defendant. | : | FEBRUARY 9, 2004 |

## MOTION TO BRING IN THIRD-PARTY DEFENDANT

The defendant, Metro-North Railroad Company, pursuant to Rule 14 of the Federal Rules of Civil Procedure, moves for leave, as third-party plaintiff, to bring in Steadfast Insurance Company as a third party defendant. Judicial economy would be served by bringing Steadfast Insurance Company into this case. Plaintiff's counsel, Scott Perry, has been consulted and has no objection to the granting of this motion.

A memorandum of law in support of this motion is attached hereto and submitted herewith.

FILED 2004 FEB 13 P 2:12 US DIST CT BRIDGEPORT

*[handwritten order in left margin:]* Motion granted. The defendant shall file & serve the third-party complaint. So ordered. 01CV2137(SRU)