UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAKUNTALA SCHNIRRING | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 3:01 CV 02137 (SRU) |
| METRO-NORTH RAILROAD COMPANY | : | |
| Defendant, | : | |
| v. | : | |
| STEADFAST INSURANCE COMPANY. | : | February 27, 2004 |

## THIRD-PARTY COMPLAINT

1. Metro-North Railroad Company is a common carrier engaged in the business of interstate commerce and operates a railroad business between New York, New York and New Haven, Connecticut.

2. Plaintiff, Shakuntala Schnirring, has filed against defendant, Metro-North Railroad Company, a complaint, a copy of which is hereto attached as "Exhibit A."

- 1 -

3. At the time of the incident alleged by the plaintiff, November 21, 1998, Defendant, Metro-North Railroad Company was a named insured under a force account insurance policy, No. SCC 3648182-00, issued by Steadfast Insurance Company to National Railroad Passenger Corporation, which was in full force and effect.

4. Pursuant to the Insuring Agreement which existed between Steadfast Insurance Company and National Railroad Passenger Corporation, which extended to the named insured and third-party plaintiff Metro-North Railroad Company, Steadfast Insurance Company agreed to pay on behalf of the Insured compensatory damages and defense expenses because of bodily injury arising out of or resulting from the force account work conducted by its insured which occurred during the policy period.

5. In a letter dated March 11, 2003, Metro-North Railroad Company Claims Manager Mary Walsh tendered the plaintiff's claim to Kevin Duffy of Steadfast Insurance Company, seeking Steadfast Insurance Company's assumption of the defense of the case from Metro-North. A copy of the March 11, 2003 letter is attached as Exhibit "B."

6. In a letter dated July 10, 2003 from Kevin Duffy of Steadfast Insurance Company to Mary Walsh, Claims Manager of Metro-North, Steadfast Insurance refused to defend and indemnify Metro-North for the plaintiff's claims pursuant to the terms of the applicable policy of insurance. A copy of the July 10, 2003 letter is attached as Exhibit "C."

7.  Defense counsel for Metro-North Railroad sent a letter to Kevin Duffy of Steadfast Insurance company on December 18, 2003, demanding defense and indemnity for Metro-North by Steadfast Insurance Company pursuant to the applicable policy of insurance. A copy of the December 18, 2003 letter is attached as Exhibit "D."

8.  Defense counsel for Metro-North Railroad sent another letter to Kevin Duffy of Steadfast Insurance Company on February 3, 2004 advising Mr. Duffy of Metro-North's plan to file a motion to bring in Steadfast Insurance Company as a third-party defendant. A copy of the February 3, 2004 letter is attached hereto as Exhibit "E."

9.  The plaintiff's claims as set forth in "Exhibit A" are covered by the policy issued by Steadfast Insurance Company, but Steadfast Insurance Company has breached its contract of insurance with Metro-North Railroad by refusing to provide coverage on behalf of Metro-North Railroad Company for this claimed loss.

10. If the plaintiff was injured in the manner and to the extent alleged in her complaint, then the third-party defendant, Steadfast Insurance Company, must provide coverage for and on behalf of Metro-North Railroad Company pursuant to the terms of the contract referred to herein.

Wherefore, Metro-North Railroad Company demands judgment against third-party defendant Steadfast Insurance Company:

1. for all sums that may be adjudged against defendant Metro-North Railroad Company in favor of plaintiff, Shakuntala Schnirring, as well as a recovery of all defense costs incurred by Metro-North Railroad Company;

2. A declaration that the claims brought by the plaintiff are covered by the policy of insurance issued by Steadfast Insurance Company; and

3. Such other relief the court deems appropriate.

THE DEFENDANT/THIRD PARTY
PLAINTIFF,
Metro-North Railroad Company

Robert O. Hickey, Esq. (ct19555)
Ryan, Ryan, Johnson & Deluca
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905
(203) 357-9200
Juris No. 52525

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Shakuntala Schnirring

_____
Robert O. Hickey, Esq.

I:\Procases\205 116\m2bringinsteadfast.wpd
205 116

- 5 -