# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Nov 14 3 51 PM '01
U.S. DISTRICT COURT
NEW HAVEN, CONN.

———————————————————X

SHAKUNTALA SCHNIRRING,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

———————————————————X

CIVIL ACTION

NO. _____

301CV02137 SRU

## COMPLAINT

### NATURE OF ACTION

1. The plaintiff brings this action against the defendant for injuries suffered by her while in the employ of the defendant Railroad.

### JURISDICTION

2. This Court has subject matter jurisdiction in this case pursuant to the Federal Employers' Liability Act, 45 U.S.C. §51. Venue properly lies in this Court pursuant to 45 U.S.C. §56.

## PARTIES

3. The plaintiff is of Milford, Connecticut.

4. The defendant Metro-North Railroad Company is a railroad corporation duly established by law, and having a usual place of business in New Haven, Connecticut.

## FACTS

5. During all times herein mentioned, the defendant was a common carrier engaged in the business of interstate commerce, and as such, operated a railroad in such business between New York, New York, and New Haven, Connecticut.

6. At the time the plaintiff received the injuries complained of, she was employed by the defendant Railroad as a foreman.

7. At the time the plaintiff received the injuries complained of, the defendant Railroad was engaged in interstate commerce and the plaintiff was employed in furtherance of said commerce.

8. On or about November 21, 1998, the plaintiff was engaged in her duties as a foreman at or about New Haven, Connecticut, which terminal, yard, lines, tracks, rails, engines, trains, shops, storerooms, and all other equipment and appliances appurtenant thereto were owned and/or operated and/or controlled and/or maintained by the defendant corporation.

## AS AND FOR A FIRST CAUSE OF ACTION

9. The plaintiff adopts by reference and realleges each and every allegation set forth in paragraphs 1 through 8 of this Complaint with the same force and effect as if set forth under this cause of action.

10. As a result of the negligence of the defendant Railroad, its agents, servants, or employees, the plaintiff was injured.

11. As a result of the failure of the defendant Railroad, its agents, servants, or employees to use reasonable care to provide the plaintiff with a safe place in which to work, including but not limited to furnishing her with safe and suitable tools, appliances, equipment, premises, assistance, training, and procedures, the plaintiff was injured.

12. As a result of said injuries, the plaintiff has suffered and will suffer lost wages and benefits, impairment to earning capacity, medical expenses, pain and suffering, mental anguish and disfigurement.

WHEREFORE, in order to fairly and justly compensate the negligently injured plaintiff and thereby promote safe operating conditions on the defendant Railroad, the plaintiff demands a jury verdict and judgment against the defendant Railroad in the amount of One Million Dollars ($1,000,000.00), in addition to any further relief which the Court deems just and equitable.

3

## PLAINTIFF DEMANDS TRIAL BY JURY.

By her attorneys,

BY _____
George J. Cahill, Jr.
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000
ct04485