# EXHIBIT B



Metro-North Railroad

Claims Services Department
50 Union Avenue, Union Station
New Haven, CT 06519
(203) 786-2956

March 11, 2003

Kevin Duffy
Zurich
P.O. Box 307010
Jamaica, NY 11430-7010

RE:  Force Account Matter

Dear Mr. Duffy:

| | | |
|---|---|---|
| OUR FILE NO. | : | P98NE 0771 |
| CLAIMANT | : | Shakuntala Ishmael Schnirring |
| LOCATION | : | New Haven, CT |
| DATE OF ACCIDENT: | | November 21, 1998 |
| WORK ORDER NO. | : | 3017 |

Metro-North was unaware of the specific circumstances surrounding plaintiff's accident until her deposition was taken last month. The area where plaintiff was injured was under construction as part of the New Haven Interlocking Project covered under Amtrak Force Account Work Order No. 3017. I have enclosed a copy of the deposition transcript.

As I indicated to you, Metro-North had previously assigned the Law Firm of Ryan, Ryan, Johnson & Deluca to protect the Railroad's interest. You indicated to me that you may wish to substitute the Ryan, Ryan, Johnson & Deluca law firm for Landman, Corsi, Ballaine & Ford. Please advise of your decision so that I can forward my claim file to that firm.

In January, plaintiff had a lumbar laminectomy at the Milford Hospital carried out by Neurosurgeon Harry Engel. Surgery was followed by physical therapy. She returned to restricted duty approximately six (6) months post surgery, and full duty approximately one (1) year later in July 2000. Due to continuing complaints, plaintiff had a back

fusion in August 2002. She is not currently working.

Please call me at (203) 786-2956 upon receipt to discuss.

Very truly yours,

Mary W. Walsh
Claims Manager

Enc.
cc:     Kristina Graber, Railroad Claim Specialist
        Alexander & Alexander, Inc.
        111 Market Street
        Baltimore, MD 21202