UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAKUNTALA SCHNIRRING | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 3:01 CV 02137 (SRU) |
| | : | |
| METRO-NORTH RAILROAD COMPANY | : | |
| | : | |
| Defendant. | : | |

MARCH 16, 2004

## MOTION FOR EXTENSION OF TIME
## TO FILE JTM AND TO POSTPONE JURY SELECTION

The undersigned Defendant/Third Party Plaintiff, Metro-North Railroad Company, with the consent and agreement of the plaintiff, seeks an extension of time within which to file the joint trial memorandum and to postpone jury selection for this matter. The basis for this motion is that a third-party complaint has just been served upon Steadfast Insurance Company. The parties would prefer to have the insurance company in the case for settlement purposes prior to the filing of the JTM and jury selection.

By way of background, Magistrate Judge William Garfinkel presided over a settlement conference in this matter on January 20, 2004. At that time it was explained to Judge Garfinkel that discovery had revealed the possibility that Metro-North is covered by an insurance policy for this loss. Subsequently, a motion to implead the insurance carrier was filed and granted. The

third-party complaint has been filed and served against the insurance company. We are presently awaiting the appearance of counsel for Steadfast Insurance Company.

In addition, correspondence is ongoing between the undersigned counsel and a representative of the insurance company.

The joint trial memorandum is presently due on March 16, 2004. A calendar call for jury selection is scheduled for March 24, 2004.

The parties would like the opportunity to meet with Judge Garfinkel again after counsel for Steadfast Insurance Company appears in the case. It appears to make sense to attempt a settlement of the matter prior to filing the JTM and selecting a jury.

Counsel for the plaintiff, Scott Perry, consents and joins in this motion.

        THE DEFENDANT/THIRD PARTY
        PLAINTIFF,
        METRO-NORTH RAILROAD COMPANY

By:_____
    Robert O. Hickey, Esq., (CT 19555)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT 06905
    Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Shakuntala Schnirring

_____
Robert O. Hickey, Esq.

I:\Procases\205.116\extJTM031204.wpd
205.116