```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

SHAKUNTALA SCHNIRRING,

        Plaintiff,

   v.
                                        Civil Action
                                           No.: 301 CV 02137 SRU

METRO-NORTH RAILROAD COMPANY,

        Defendant/Third-Party
   v.     Plaintiff,

STEADFAST INSURANCE COMPANY,
                                           April 8, 2004

        Third-Party Defendant

## **APPEARANCE**

To The Clerk:

Please enter my Appearance on behalf of the Defendant/ Third-Party Plaintiff, Metro-North Railroad Company, in the above-captioned action.

                              FOR THE DEFENDANT/ THIRD-PARTY PLAINTIFF
                              **Metro-North Railroad Company**

                        By:_____
                              Brian M. Molinari (ct 21294)
                              LANDMAN CORSI BALLAINE & FORD P.C.
                              Offices of Metro-North
                              50 Union Avenue
                              New Haven, CT 06519
                              (203) 786-2956
                              *Please send mailings to:*
                              120 Broadway - 27th Floor
                              New York, New York  10271-0079
                              Tel (212) 238-4800
                              Fax (212) 238-4848
                              E-Mail: bmolinari@LCBF.com

**CERTIFICATION**

    I hereby certify that a copy of the foregoing **APPEARANCE** was mailed on April \_\_\_\_, 2004 to:

        Scott E. Perry, Esq.
        Cahill, Goetsch & Maurer, P.C.
        43 Trumbull Street
        New Haven, CT 06511

        Robert O. Hickey, Esq.
        Ryan Ryan Johnson & DeLuca, LLP
        80 Fourth Street
        Stamford CT 06905

        Nancy Lyness, Esq.
        White Fleischner & Fino
        140 Broadway
        New York, NY 10005

        _____
        Brian M. Molinari

367122.1 DocsNY