## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAKUNTALA SCHNIRRING | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 3:01 CV 02137 (SRU) |
| | : | |
| METRO-NORTH RAILROAD COMPANY | : | |
| | : | |
| Defendant. | : | |
| | | APRIL 14, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the local rules of civil procedure, the undersigned counsel moves to withdraw his appearance for Metro-North Railroad Company in this matter. Attorney Brian M. Molinari, of the law firm, Landman, Corsi, Ballaine & Ford, P.C., has filed an appearance for Metro-North Railroad Company.

        THE DEFENDANT/THIRD PARTY PLAINTIFF,
        METRO-NORTH RAILROAD COMPANY

        By:_____
           Robert O. Hickey, Esq., (CT 19555)
           Ryan, Ryan, Johnson & Deluca, LLP
           80 Fourth Street, P.O. Box 3057
           Stamford, CT   06905
           Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059

Brian M. Molinari, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079

Nancy Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 10005

                                                                    _____
                                                                       Robert O. Hickey, Esq.

I:\Procases\205.116\withdrawroh.wpd
205.116