FILED

2004 APR 15 P 1: 38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

SHAKUNTALA SCHNIRRING       :

    Plaintiff,       :

v.       :       CIVIL ACTION NO. 3:01 CV 02137 (SRU)

METRO-NORTH RAILROAD COMPANY       :

    Defendant.       :

APRIL 14, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the local rules of civil procedure, the undersigned counsel moves to withdraw his appearance for Metro-North Railroad Company in this matter. Attorney Brian M. Molinari, of the law firm, Landman, Corsi, Ballaine & Ford, P.C., has filed an appearance for Metro-North Railroad Company.

                                        THE DEFENDANT/THIRD PARTY PLAINTIFF,
                                        METRO-NORTH RAILROAD COMPANY

                                        By:_____
                                          Robert O. Hickey, Esq., (CT 19555)
                                          Ryan, Ryan, Johnson & Deluca, LLP
                                          80 Fourth Street, P.O. Box 3057
                                          Stamford, CT  06905
                                          Phone No. 203-357-9200

MOTION GRANTED.

SO ORDERED.

2004 APR 18 A 8:25
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059

Brian M. Molinari, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079

Nancy Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 10005

_____
Robert O. Hickey, Esq.

I:\Procases\205.116\withdrawroh.wpd
205.116