FILED

2004 APR 15 P 1: 38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHAKUNTALA SCHNIRRING

    Plaintiff,

v.                                                                          CIVIL ACTION NO. 3:01 CV 02137 (SRU)

METRO-NORTH RAILROAD COMPANY

    Defendant.

APRIL 14, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the local rules of civil procedure, the undersigned counsel moves to withdraw his appearance for Metro-North Railroad Company in this matter. Attorney Brian M. Molinari, of the law firm, Landman, Corsi, Ballaine & Ford, P.C., has filed an appearance for Metro-North Railroad Company.

THE DEFENDANT/THIRD PARTY PLAINTIFF,
METRO-NORTH RAILROAD COMPANY

By: _____
Charles A. Deluca, Esq., (CT 05255)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905
Phone No. 203-357-9200

MOTION GRANTED.
SO ORDERED.
2004 APR 18 A 8: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059

Brian M. Molinari, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079

Nancy Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 10005

_____
Charles A. Deluca, Esq.

I:\Procases\205.116\withdrawcad.wpd
205.116