UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAKUNTALA SCHNIRRING,

       Plaintiff,

  v.

METRO-NORTH RAILROAD COMPANY,

       Defendant/Third-Party
  v.      Plaintiff,

STEADFAST INSURANCE COMPANY,

       Third-Party Defendant

Civil Action
No.: 301 CV 02137 SRU

April 29, 2004

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE JOINT TRIAL MEMORANDUM AND
<u>APPEAR FOR TRIAL CALENDAR CALL</u>**

    The parties and their attorneys hereby respectfully move jointly for an extension of time to file the Joint Trial Memorandum and appear for a Trial Calendar Call in the above-captioned action based on the following:

    1.  This is the parties' first motion to extend the JTM deadline and to postpone calendar call since Steadfast Insurance Company was joined as a Third-Party Defendant. A prior motion for an extension of the instant deadlines was filed so that Steadfast could be joined and a settlement conference could be held with all parties necessary to discuss meaningful settlement.

    2.  On April 9, 2004, new counsel, Landman Corsi Ballaine & Ford, P.C., appeared as substituted counsel for defendant/ third-party plaintiff Metro-North Railroad Company.

3. On April 26, 2004, Magistrate Judge Garfinkel held a conference call and directed all parties to appear for a settlement conference on May 14, 2004.

4. The Court's current deadline for filing the Joint Trial Memorandum is April 30, 2004 and there is a scheduled Trial Calendar Call for May 7, 2004.

5. All parties consent and join in this request.

**WHEREFORE**, it is respectfully requested that the Court, pursuant to Local Rule 7(b) extend the time for the parties to file the Joint Trial Memorandum and appear for the Trial Calendar Call until a later date, if necessary, after the settlement conference scheduled before Magistrate Garfinkel on May 14, 2004.

Respectfully submitted,
On Consent Of All Parties By:


FOR THE DEFENDANT/ THIRD-PARTY PLAINTIFF
**Metro-North Railroad Company**

_____
Brian M. Molinari (ct 21294)
LANDMAN CORSI BALLAINE & FORD, P.C.
120 Broadway - 27th Floor
New York, New York  10271-0079
Tel (212) 238-4800
Fax (212) 238-4848
E-Mail: bmolinari@LCBF.com

368414.1 DocsNY

**CERTIFICATION OF SERVICE**

    This is to certify that a copy of the foregoing was mailed to all parties on April 29, 2004:

To:  Scott E. Perry, Esq.
      Cahill & Goetsch, P.C.
      43 Trumbull Street
      New Haven, CT 06510

      Nancy Lyness, Esq.
      White Fleischner & Fino, LLP
      140 Broadway
      New York, NY 10005

                        **Brian M. Molinari**