UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

SHAKUNTALA SCHNIRRING,

        Plaintiff,

2004 APR 30  A 10: 11

v.

Civil Action U.S. DISTRICT COURT
No.: 301 CV 02137 BRIDGEPORT CONN (SRU)

METRO-NORTH RAILROAD COMPANY,

        Defendant/Third-Party
v.        Plaintiff,

STEADFAST INSURANCE COMPANY,

April 29, 2004

        Third-Party Defendant

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE JOINT TRIAL MEMORANDUM AND
APPEAR FOR TRIAL CALENDAR CALL**

    The parties and their attorneys hereby respectfully move jointly for an extension of time to file the Joint Trial Memorandum and appear for a Trial Calendar Call in the above-captioned action based on the following:

    1.    This is the parties' first motion to extend the JTM deadline and to postpone calendar call since Steadfast Insurance Company was joined as a Third-Party Defendant. A prior motion for an extension of the instant deadlines was filed so that Steadfast could be joined and a settlement conference could be held with all parties necessary to discuss meaningful settlement.

    2.    On April 9, 2004, new counsel, Landman Corsi Ballaine & Ford P.C., appeared as substituted counsel for defendant/ third-party plaintiff Metro-North Railroad Company.

363414.1 DocsNY

[Handwritten margin notes:]

Trial calendar call is scheduled to submit their joint pretrial memorandum.

GRANTED. The parties have until May 28, 2004 for June 11, 2004 at 10:00 a.m. So ordered.

Stefan R. Underhill
United States District Judge
05/07/04