UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

May 14, 2004

2:00 p.m.

Held

2 hours)

CASE NO. **3:01cv2137 (SRU)    Shakuntala Schnirring vs. Metro-North
RR. Co**

George J. Cahill Jr.
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511


Brian M. Molinari
Landman Corsi Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271-0079


Scott E. Perry
Cahill & Goetsch
43 Trumbull St.
New Haven, CT 06511


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK