UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Shakantala Schnirring,

    Plaintiff,

vs.

Metro-North Railroad Company,

    Defendant.

vs.

Steadfast Insurance Company,

    Third-Party Defendant.

Civ. Action No.
3:01 CV 2137 (SRU)

May 27, 2004

FILED 2004 MAY 28 P 3: 5[?]
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

1. Do any of you know the plaintiff, Shakantala Schnirring, in this case?

2. Do any of you know the witnesses in this case, (Read witness list)? Do you know anyone who works for Metro-North?

3. Do any of you know anyone who has ever been represented by the plaintiff's attorney, Charles C. Goetsch/ Scott Perry or Cahill and Goetsch? How about the defendant's attorney, Cathleen Giannetta/ Brian Molinari or their firm Landman Corsi Ballaine & Ford P.C.?

4. Have any of you ever worked for a railroad? If so, which railroad and what duties did you perform? Do any relatives or close friends work for a railroad? If so, which railroad and what job do they perform?

5. Have any of you ever sued anyone because of a personal injury suffered by you?

347954.1 DocsNY

Describe the incident.

6. Has any member of your family ever sued anyone because of a personal injury suffered by them?

7. Have any of your families or close friends ever been injured at work? If so, please explain what happened? Was a report filed? Claim made? Medical care required? Do you feel that you (or the injured party) were treated fairly by the employer? By the Court (if a trial followed)?

8. Have any of you been treated by an orthopedist or physical therapist? For what condition? For how long were you treated? Have any of you ever sustained an injury to your back?

9. Have any of you or any member of your family or close friends been involved in any way with Metro-North?

10. Do any of you have any bad or negative feelings against Metro-North?

11. Throughout this trial, plaintiff will always get to do things first. The defendant cannot proceed until the plaintiff has finished. Will each of you wait until you have heard all the evidence before you make up your minds about any issue?

12. Will you give equal weight to answers given during defendant's questioning of plaintiff and plaintiff's witnesses as to evidence obtained by plaintiff's attorney from his witnesses?

13. Will you be able to follow the laws as instructed by me in this case?

14. Plaintiff is suing the railroad because of an injury which he alleges she suffered while she was working for Metro-North and for which she claims Metro-North is

responsible. Do any of you feel that Ms. Schnirring should recover money from Metro-North solely because she was injured at work even if Metro-North was not responsible for the injury?

15. Would you be able to find that Ms. Schnirring should not be compensated if the law as instructed to you and the facts before you required that you make such a finding?

16. If any of you cannot in good conscience promise that you have no doubts that you will treat both sides fairly and equally, please raise your hand.

17. As our judicial system requires, can you treat Metro-North as an individual with an equal right to a fair trial as any other individual?

18. Have any of you had any legal training? Have any of you ever served on a jury before? If so, what type of case was it? Did you reach a verdict? Was the experience of serving as a juror pleasant or unpleasant?

19. Will you apply the laws as instructed by me in this case rather than any prior understanding that you may have had as to what the law is?

20. Do each of you understand that it is solely the evidence, not the number of witnesses called by each side, or the amount of time taken by either side to present its case, on which you must base your decision?

21. Is there anything in your mind that you feel I, or either side should know that would affect your ability to fairly and impartially decide this case on the merits?

22. Where do you work? For how long? (If less than 10 years - what did you do before that?)

23. What is your present position?

24. What are your job duties?

25. Are you married? For how long? Children?

26. Where does your spouse work? For how long? Children work? Where? How long?

27. What are your spouse's employment duties?

28. Do you understand that in order to award damages to the plaintiff against Amtrak, plaintiff must prove first that Metro-North is liable to her? Do any of you not understand or disagree with the legal principle that plaintiff has the burden of proving her claims against the defendant in this case?

29. Do you understand that plaintiff must also prove that she has suffered damages due to Metro-North's conduct, before you may award damages to the plaintiff?

30. Do you feel you can give all sides a fair and impartial trial and render a just verdict among them?

Respectfully submitted,

LANDMAN CORSI BALLAINE & FORD

By: _____
Brian M. Molinari (ct21294)
Attorneys for Defendant
Metro-North Railroad Company
120 Broadway - 27th Floor
New York, NY 10271-0079
(212) 238-4800

347954.1 DocsNY

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent, via first class mail, postage prepaid, on May 27, 2004 to plaintiff's counsel of record:

Scott E. Perry, Esq.
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

Nancy Lyness, Esq.
White Fleischner & Fino, LLP
140 Broadway
New York, NY 10005

_____
Brian M. Molinari (ct 21294)

347954.1 DocsNY