UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Shakantala Schnirring,

   Plaintiff,
    vs.          Civ. Action No.
                3:01 CV 2137 (SRU)
Metro-North Railroad Company,

   Defendant.

    vs.

Steadfast Insurance Company,
               May 27, 2004
   Third-Party Defendant.

FILED 2004 MAY 28 P 3:56 U.S. DISTRICT COURT BRIDGEPORT CONN.

## DEFENDANT'S PROPOSED SPECIAL VERDICT FORM

  Defendant, through its undersigned counsel, respectfully submits the following proposed special verdict form.

**A. In reference to liability:**

1. Has plaintiff established, by a fair preponderance of the evidence, that defendant was negligent?

              Yes_____   No_____

If your answer is "No", proceed no further and report your verdict to the Court. If your answer is "Yes", proceed to Question 2.

2. Has plaintiff established, by a fair preponderance of the evidence, that the negligence of defendant that you have found played a part in bringing about the alleged injury of the plaintiff?

              Yes_____   No_____

If your answer is "No", proceed no further and report your verdict to the Court. If your answer is "Yes", proceed to Question 3.

370657.1 DocsNY

3.  Has defendant established by a fair preponderance of the evidence that the plaintiff was negligent?

                                                Yes_____  No_____

If your answer is "No", skip questions 4 and 5 and proceed to the questions in Section B on damages.

If your answer is "Yes", proceed to Question 4.

4.  Has defendant established by a fair preponderance of the evidence that the negligence of plaintiff played a part in bringing about her alleged injury?

                                                Yes_____  No_____

If your answer is "No", skip question 5 and proceed to the questions in Section B on damages.

If your answer is "Yes", proceed to Question 5.

5.  To what extent, stated in percentage, did plaintiff's negligence contribute to his bringing about her alleged injury?

                                                _____%

**B.     In reference to damages:**

I.  Based on a fair preponderance of the evidence, state separately the amount awarded to fairly and reasonably compensate plaintiff for the following item of damages, if any, up to the date of your verdict. If you decide not to make an award as to that item, you will insert the word, "*None*."

A.  Pain and suffering
    from the time of injury to the present     $_____

B.  Loss of earnings from
    from the time of injury to the present     $_____

370657.1 DocsNY

**A TRUE VERDICT**

_____
FOREMAN OR FORELADY

370657.1 DocsNY

                                  Respectfully submitted,

                                  LANDMAN CORSI BALLAINE & FORD

By:  _____
                                  Brian M. Molinari (ct21294)
                                  Attorneys for Defendant
                                  Metro-North Railroad Company
                                  120 Broadway - 27th Floor
                                  New York, NY  10271-0079
                                  (212) 238-4800

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent, via first class mail, postage prepaid, on May 27 2004 to plaintiff's counsel of record:

Scott E. Perry, Esq.
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

Nancy Lyness, Esq.
White Fleischner & Fino, LLP
140 Broadway
New York, NY 10005

                                          _____
                                          Brian M. Molinari (ct 21294)