UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| Shakuntala Schnirring | Civil Action<br>No: 3:01CV02137(SRU) |
| Plaintiff | |
| VS. | |
| Metro-North Railroad Company | May 27, 2004 |
| Defendant | |

_____X

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

The plaintiff herewith submits her proposed Jury Voir Dire.

1. Does any juror have any problem with his or her hearing, sight, or understanding of the English language that would impair his or her full attention at trial?

2. Does any juror take medication which makes you drowsy or would prevent you from concentrating during the course of this trial?

3. Does any juror, relative or friend know the plaintiff, Shaka Schnirring, or any of her relatives?

4(a). The plaintiff is represented by George Cahill, Jr. and Scott E. Perry, Esq. of the law firm Cahill, Goetsch and Maurer, P.C. located in New Haven, Connecticut. Does any juror know, or has any juror had any dealings, directly or indirectly, with these attorneys or any member of their family or law firm?

4(b). Defendant Metro-North Railroad Company is represented at this trial by Brian Molinari, Esq. of the law firm of Landman Corsi Ballaine & Ford 120 Broadway, 27th Fl. located in NY, NY 10271. Does any juror know, or has any juror had any dealings, either directly or indirectly, with Brian Molinari, Esq. or any member of his family or firm?

4(c). Defendant Steadfast Insurance Company is represented at this trial by Nancy Lyness, Esq. of the law firm of  White Fleischner & Fino, LLP, White Fleischner & Fino, LLP, 140 Broadway - 36th Fl. located in NY, NY 10005. Does any juror know, or has any juror had any dealings, either directly or indirectly, with Nancy Lyness, Esq. or any member of her family or firm?

5. The defendant in this trial is Metro-North.  Has any juror, relative or friend, ever been employed by the defendant railroad, or had any prior dealings with the defendant, that might make it difficult for you to reach a fair and impartial verdict?

6. Has any juror ever ridden on a train owned or operated by Metro-North?  (Anything about your experience that would make it difficult for you to be fair and impartial?)

7. In addition to the parties, the following persons may be called as witnesses or mentioned during the trial: [List of witnesses from JTM]  Does any juror know or think they know any of the persons listed above?  Has any juror, or family member or friend, had any dealings with any of the persons listed above?

8. Have you, any relative, or friend either as an individual or in the course of business, ever been a party to any lawsuit? (Anything about your experience that would make it difficult for you to be fair and impartial?)

9. Has any juror ever served as a member of any federal, state, county or city grand jury?

10. Has any juror ever served as a trial juror in either the state or federal courts? When and where? Was it a civil or a criminal case? Did you have the benefit of hearing the court instruct the jury on the law that applied to that case? Did the jury reach a verdict? Did the judge comment on the verdict?

11. Has any juror, relative or friend ever appeared as a witness at any state or federal trial, or before a grand jury, a congressional or state legislative committee, a licensing authority or a governmental agency?

12. Is any juror, relative or friend employed by a lawyer, law firm, or engaged in the practice of law?

13. Is any juror, relative or friend a doctor, or has any juror, relative or friend studied the practice of medicine?

14. Is any juror, relative or friend an employee of a company settles or investigates personal injury claims as part of its business?

15. Has any juror, relative or friend ever brought a personal injury claim? Briefly elaborate. Did the injury occur to you? Did the claim involve injuries at work?

16. Has any juror, relative or friend ever been a witness to someone else's work injury or a witness to an accident?

17. Has any juror, relative, or friend ever lost time from work or required medical attention because of back injuries or discomfort?

18. Does any juror, relative or friend suffer from physical limitations as a result of an injury?

19. What do you like to do in your spare time - any hobbies or interests?

20. What types of materials do you like to read?

21. What is the source of most of your news information? Television . . . newspapers . . magazines . . . the Internet? (Which newspapers do you read?)

22. What are your favorite television shows?

23. Does any juror have a strong view, one way or the other, about lawsuits, and awarding money damages?

24. Does any juror believe that an individual who brings a lawsuit is entitled to be paid some money just because he brings a lawsuit?

25. Defendant is a corporation and plaintiff is an individual. Both parties stand as equals before the law and are to be treated fairly and equally. Does any juror think they would not be able to treat the parties as equals?

26. Does any juror have the slightest doubt, for any reason whatsoever, that he or she will be able to keep an open mind throughout these proceedings; and serve conscientiously, fairly and impartially in this case; and render a true and just verdict without fear, favor, sympathy, prejudice, and according to the law as it will be explained?

27. Does any juror think, if for some reason you disagree with my instructions as to what the law is, that you will not be able to put your belief aside and follow my instructions as to what the law is that should be applied to this case?

28. Do you think there is anything about your own personal life experience, or the experience of a relative or friend, that would make it difficult for you to be a fair and impartial juror in this case?

Dated: May 27, 2004                    FOR THE PLAINTIFF,

BY _____
Scott E. Perry
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut  06511
(203) 777-1000
ct17236

### Certificate of Service

This is to certify that a copy of the foregoing was sent first class mail, postage prepaid to:

Brian Molinari, Esq.
Landman Corsi Ballaine & Ford
120 Broadway, 27th Fl.
NY, NY 10271

Nancy Lyness, Esq.
White Fleischner & Fino, LLP
140 Broadway - 36th Fl.
NY, NY 10005

on May 27, 2004.

_____
Scott E. Perry