UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------X

| | |
|---|---|
| Shakuntala Schnirring | Civil Action<br>No: 3:01CV02137(SRU) |
| Plaintiff | |
| VS. | |
| Metro-North Railroad Company | May 27, 2004 |
| Defendant | |

---------------------------------------------------X

## PLAINTIFF'S PROPOSED VERDICT FORM

The plaintiff herewith submits his proposed Jury Verdict Form based on his present understanding of the case

FOR THE PLAINTIFF,

BY _____/s/ Scott Perry_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

# **GENERAL VERDICT WITH ACCOMPANYING INTERROGATORIES**

## **Interrogatory No. 1**

Do you find that the defendant was negligent under the Federal Employers' Liability Act even to the slightest degree?

Yes_____ No_____

[If your answer to Interrogatory No. 1 is "no," you have completed your deliberations. If your answer to Interrogatory No. 1 is "yes," proceed to Interrogatory No. 2.]

## **Interrogatory No. 2**

If your answer to Interrogatory No. 1 is "yes", did that negligence play any part -- even to the slightest degree -- in bringing about Mrs. Schnirring's injuries?

Yes_____ No_____

[If your answer to Interrogatory No. 2 is "no," you have completed your deliberations. If your answer to Interrogatory No. 2 is "yes," proceed to Interrogatory No. 3.]

## **Interrogatory No. 3**

If your answer to Interrogatory No. 2 is "yes", do you find that Mrs. Schnirring was contributorily negligent?

Yes_____ No_____

[If your answer to Interrogatory No. 3 is "no," proceed to Interrogatory No. 5 and do not respond to Interrogatory No.4. If your answer to Interrogatory No. 3 is "yes," proceed to Interrogatory No. 4.]

**Interrogatory No. 4**

If your answer to Interrogatory No. 3 is "yes," to what extent, expressed in a percentage, did Metro-North's and Mrs. Schnirring's negligence contribute to her injuries?

    Metro-North _____%

    Mrs. Schnirring \_\_\_\_%

    Total Must Equal 100%

[Proceed to Interrogatory No. 5.]

**Interrogatory No. 5**

What amount do you find, without reduction for any contributory negligence, will fairly and adequately compensate Mrs. Schnirring for:

    A. Past Lost Wages and Benefits:    $_____

    B. Future Lost Wages and Benefits
and Impairment to Earning Capacity    $_____

    C. Past Pain, Suffering, Mental Anguish
and Loss Of Enjoyment of Life's Activities    $_____

    D. Future Pain, Suffering, Mental Anguish
and Loss of Enjoyment of Life's Activities    $_____

    E. Medical Expenses    $_____

    **GENERAL VERDICT (Total of A+B+C+D+E)**  $_____

[If your answer to Interrogatory No. 3 is "yes," proceed to Interrogatory No. 6. If your answer to Interrogatory No. 3 is "no," your deliberations are complete.]

**Interrogatory No. 6**

If your answer to Interrogatory No. 3 is "yes," reduce the total combined amount of damages in Interrogatory No. 5 by the percentage of Mrs. Schnirring's contributory negligence that you found in Interrogatory No. 4 and enter that reduced amount in the space below:

**GENERAL VERDICT: $_____**

You have now completed your deliberations.   Please sign and date this form,

_____   _____
Date                                                            Foreperson

Dated: May    , 2004                    FOR THE PLAINTIFF,


BY _____
Scott E. Perry
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut  06511
(203) 777-1000
ct17236


### Certificate of Service

to:     This is to certify that a copy of the foregoing was sent first class mail, postage prepaid

Brian Molinari, Esq.
Landman Corsi Ballaine & Ford
120 Broadway, 27th Fl.
NY, NY 10271

Nancy Lyness, Esq.
White Fleischner & Fino, LLP
140 Broadway - 36th Fl.
NY, NY 10005


on May 27, 2004.

_____
Scott E. Perry