## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAKUNTALA SCHNIRRING : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 3:01 CV 02137 (SRU) |
| : | |
| METRO-NORTH RAILROAD COMPANY, : | |
| : | |
| Defendant/Third-Party Plaintiff, : | |
| v. : | JUNE 2, 2004 |
| : | |
| STEADFAST INSURANCE COMPANY, : | |
| : | |
| Third Party Defendant. : | |

## **APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Third Party Plaintiff, MTA Metro-North Railroad.

Dated: June 2, 2004                      _____
                                                  Charles A. Deluca, Esq.  (CT 05255)
                                                  Ryan, Ryan, Johnson & Deluca, LLP
                                                  80 Fourth Street, P.O. Box 3057
                                                  Stamford, CT   06905
                                                  Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Shakuntala Schnirring

Cathleen Giannetta, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271
Attorney for Defendant, MTA Metro-North Railroad

Nancy Lyness, Esq.
White, Fleischner & Fino, LLP
140 Broadway
New York, NY 10005
Attorney for Third-Party Defendant, Steadfast Insurance Company

_____
Charles A. Deluca, Esq.

I:\Procases\205.116\appearcad060204.wpd
205.116