## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAKUNTALA SCHNIRRING | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 3:01 CV 02137 (SRU) |
| METRO-NORTH RAILROAD COMPANY | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | JUNE 2, 2004 |
| STEADFAST INSURANCE COMPANY, | : | |
| Third-Party Defendant. | : | |

## **APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Third Party Plaintiff, MTA Metro-North Railroad.


Dated: June 2, 2004                          _____

                                                      Robert O. Hickey, Esq.  (CT 19555)
                                                      Ryan, Ryan, Johnson & Deluca, LLP
                                                      80 Fourth Street, P.O. Box 3057
                                                      Stamford, CT   06905
                                                      Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Shakuntala Schnirring

Cathleen Giannetta, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271
Attorney for Defendant, MTA Metro-North Railroad

Nancy Lyness, Esq.
White, Fleischner & Fino, LLP
140 Broadway
New York, NY 10005
Attorney for Third-Party Defendant, Steadfast Insurance Company

                                                                _____
                                                                 Robert O. Hickey, Esq.

I:\Procases\205.116\appearroh060204.wpd
205.116