UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAKUNTALA SCHNIRRING | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 3:01 CV 02137 (SRU) |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | |
| | : | |
| Defendant/Third-Party Plaintiff, | : | |
| | : | JUNE 2, 2004 |
| v. | : | |
| | : | |
| STEADFAST INSURANCE COMPANY, | : | |
| | : | |
| Third-Party Defendant. | : | |

**MOTION FOR EXTENSION OF TIME**

The Third-Party Plaintiff, MTA Metro-North Railroad, herewith moves, pursuant to Rule 7(b) of the Local Rules for an extension of time of 30 days to respond to the Motion for Judgment on the Pleadings, Summary Judgment, or Alternative Relief, filed on May 27, 2004 by the third-party defendant, Steadfast Insurance Company. The third-party plaintiff requests an extension until July 16, 2004, which is 30 days in addition to the 21 days allowed by Rule 7(a).

The reason for the requested extension is that undersigned counsel, who had previously represented Metro-North in this action, had withdrawn from the case and, pursuant to the request of Steadfast Insurance Company, forwarded his complete file to the firm of Landman, Corsi,

Ballaine & Ford, who was assigned by Steadfast Insurance Company to represent MTA Metro-North Railroad in this action. Undersigned counsel has since been informed that the Landman firm will not be able to pursue the third-party claim against Steadfast. Undersigned counsel has now been requested by MTA Metro-North Railroad to reenter his appearance for purposes of prosecuting the third-party action against Steadfast Insurance Company.

In order to prosecute said action and defend against Steadfast's motion, it is necessary for undersigned counsel to obtain his file from the Landman firm and review same and to take the deposition of the Steadfast Insurance Company claim representative, Kevin Duffy, whose affidavit is appended to the third-party defendant's motion.

Pursuant to Local Rule 7(b)3, undersigned counsel has consulted with counsel for Steadfast Insurance Company, who has no objection to the requested extension. This is the first request for an extension of this deadline.

        THE THIRD-PARTY PLAINTIFF,
        MTA METRO-NORTH RAILROAD

By: _____
    Charles A. Deluca, Esq., (CT 05255)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Shakuntala Schnirring

Cathleen Giannetta, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271
Attorney for Defendant, MTA Metro-North Railroad

Nancy Lyness, Esq.
White, Fleischner & Fino, LLP
140 Broadway
New York, NY 10005
Attorney for Third-Party Defendant, Steadfast Insurance Company

                                                            _____
                                                            Charles A. Deluca, Esq.

I:\Procases\205.116\extensionsj.wpd
205.116