UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAKUNTALA SCHNIRRING | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 3:01 CV 02137 (SRU) |
| | : | |
| METRO-NORTH RAILROAD COMPANY | : | |
| Defendant/Third-Party Plaintif | : | |
| v. | : | |
| | : | AUGUST 19, 2004 |
| | : | |
| STEADFAST INSURANCE COMPANY, | : | |
| | : | |
| Third-Party Defendant. | : | |

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the third-party complaint may be dismissed with prejudice and without costs to any parties.

                          THE THIRD-PARTY PLAINTIFF,
                          MTA METRO-NORTH RAILROAD

                By:_____
                          Charles A. Deluca, Esq., (CT 05255)
                          Ryan, Ryan, Johnson & Deluca, LLP
                          80 Fourth Street, P.O. Box 3057
                          Stamford, CT   06905
                          Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to the following counsel on this date by U. S. mail:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Shakuntala Schnirring

Cathleen Giannetta, Esq.
Landman, Corsi, Ballaine & Ford
120 Broadway
27th Floor
New York, NY 10271
Attorney for Defendant, MTA Metro-North Railroad

Nancy Lyness, Esq.
White, Fleischner & Fino, LLP
140 Broadway
New York, NY 10005
Attorney for Third-Party Defendant, Steadfast Insurance Company

_____
Charles A. Deluca, Esq.

I:\Procases\205.116\stipdism.wpd
205.116